**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DIONDRAE L. PARKER,

                                        Plaintiff,

        v.

WADE, *et al.*,

                                        Defendants.

Case No. 3:22-CV-00477-ART-CLB

**ORDER DENYING PLAINTIFF'S MOTION FOR COUNSEL**

[ECF No. 48]

Before the Court is Plaintiff Diondrae L. Parker's ("Parker") motion for appointment of counsel. (ECF No. 48.) However, the Court has already granted a prior request for appointment of counsel in this case. (ECF No. 30.) Although counsel has not yet been appointed, the Court has ordered that the Pro Bono Program continue to work to locate counsel for Parker. (*See* ECF Nos. 30, 40.) Thus, Parker's motion for appointment of counsel is denied as moot, because the relief he seeks has already been granted. To the extent the motion seeks appointment of counsel in separate case, that request is also denied and Parker must file an appropriate motion in that case.

**IT IS THEREFORE ORDERED** that Parker's motion for appointment of counsel, (ECF No. 48), is **DENIED** as moot.

**DATED**: May 8, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**